**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| SALEMI, LEONARDO J. | § | Case No. 11-02139 |
| SALEMI, MARLA | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that THOMAS E. SPRINGER, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE U.S. BANKRUPTCY COURT
219 S. DEARBORN STREET
CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 02/07/2014 in Courtroom 240,
United States Courthouse
Old Kane County Courthouse
100 S. Third Street, Geneva, IL 60134

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____　　By: _____

*THOMAS E. SPRINGER, TRUSTEE
400 S. County Farm Road
Suite 330
Wheaton, IL 60187*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:  §
      §
SALEMI, LEONARDO J.  §   Case No. 11-02139
SALEMI, MARLA  §
      §
    Debtor(s)  §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 11,000.00 |
| and approved disbursements of | $ | 58.42 |
| leaving a balance on hand of[1] | $ | 10,941.58 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | Chrysler Financial Services Americas, L.L.C. | $ 12,617.20 | $ 12,617.20 | $ 0.00 | $ 0.00 |
| 7A | HSBC Bank Nevada, N.A. | $ 1,000.00 | $ 1,000.00 | $ 0.00 | $ 0.00 |
| 9 | CitiMortgage, Inc. | $ 414,003.02 | $ 414,003.02 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors        $              0.00
Remaining Balance                             $         10,941.58

Applications for chapter 7 fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: THOMAS E. SPRINGER, TRUSTEE | $ 1,850.00 | $ 0.00 | $ 1,850.00 |
| Attorney for Trustee Fees: Springer Brown, LLC | $ 2,725.00 | $ 0.00 | $ 2,725.00 |

Total to be paid for chapter 7 administrative expenses     $     4,575.00

Remaining Balance     $     6,366.58

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 36,888.63 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 16 | Internal Revenue Service | $ 31,488.11 | $ 0.00 | $ 5,434.51 |
| 18 | Illinois Department of Revenue | $ 5,400.52 | $ 0.00 | $ 932.07 |

Total to be paid to priority creditors     $     6,366.58

Remaining Balance     $     0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 237,378.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Nordstrom fsb | $ 158.52 | $ 0.00 | $ 0.00 |
| 3 | CREDIT UNION 1 | $ 11,826.93 | $ 0.00 | $ 0.00 |
| 4 | Citibank N.A. | $ 146,702.89 | $ 0.00 | $ 0.00 |
| 5 | Chase Bank USA, N.A. | $ 12,400.40 | $ 0.00 | $ 0.00 |
| 6 | eCAST Settlement Corporation | $ 15,942.08 | $ 0.00 | $ 0.00 |
| 7B | HSBC Bank Nevada, N.A. | $ 49.59 | $ 0.00 | $ 0.00 |
| 8 | American InfoSource LP as agent for WFNNB | $ 185.10 | $ 0.00 | $ 0.00 |
| 10 | American Express Bank, FSB | $ 1,119.32 | $ 0.00 | $ 0.00 |
| 11 | eCAST Settlement Corporation, assignee | $ 15,108.12 | $ 0.00 | $ 0.00 |
| 12 | eCAST Settlement Corporation, assignee | $ 33,499.46 | $ 0.00 | $ 0.00 |
| 13 | Nicor Gas | $ 200.49 | $ 0.00 | $ 0.00 |
| 15 | Quantum3 Group LLC as agent for | $ 185.10 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors        $         0.00

Remaining Balance                                              $         0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 4,223.78 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 16A | Department of the Treasury | $ 2,614.66 | $ 0.00 | $ 0.00 |
| 18A | Illinois Department of Revenue | $ 1,609.12 | $ 0.00 | $ 0.00 |

  Total to be paid to subordinated unsecured creditors  $ 0.00

  Remaining Balance  $ 0.00

Prepared By: /s/ Thomas E. Springer
Trustee

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 11-02139-CAD
Leonardo J. Salemi                                                  Chapter 7
Marla Salemi
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: arodarte            Page 1 of 3            Date Rcvd: Jan 21, 2014
                             Form ID: pdf006           Total Noticed: 60

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 23, 2014.
```
db/jdb       +Leonardo J. Salemi,    Marla Salemi,    675 Waterside Dr.,    South Elgin, IL 60177-3717
17156048      American Express Bank, FSB,   c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16694446     +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
16694453    ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
             (address filed with court: Chrysler,    27777 Franklin Rd,    Southfield, MI 48034-2337)
16694448     +Cbna,   Po Box 769006,    San Antonio, TX 78245-9006
16694449     +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
16915169      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16694451     +Chase Na,   800 Brooksedge Blv,    Westerville, OH 43081-2822
16694452     +Chld/Cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
16731590     +Chrysler Financial Services Americas, L.L.C.,    f/k/a DaimlerChrysler Finl. Svcs etal,
              c/o Riezman Berger P.C.,    7700 Bonhomme Ave, 7th Floor,    St. Louis, MO 63105-1960
16694454     +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
17909370      CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA,    50368-8971
17035926     +CitiMortgage, Inc.,    c/o Codilis & Associates, P.C.,    15W030 North Frontage Road, Suite 100,
              Burr Ridge, IL 60527-6921
16694456     +Citibankna,   Po Box 769006,    San Antonio, TX 78245-9006
16694484    ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
             (address filed with court: Webbank/Dfs,    1 Dell Way,    Round Rock, TX 78682)
16694461     +Elgin Fedl,   Pob 667,    Elgin, IL 60121-0667
16694462     +Expo/Cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
16694470     +Glenview,    800 Waukeegan Road,    Glenview, IL 60025-4310
16694472      Greenp Mtg,   Inc.,    Columbus, GA 31908
16694473    +++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
             (address filed with court: Hsbc/Bsbuy,    Po Box 15519,    Wilmington, DE 19850)
16944302     +HSBC Bank Nevada, N.A.,    (Best Buy Co., Inc.),    Bass & Associates, P.C.,
              3936 E. Ft. Lowell Rd., Suite 200,    Tucson, AZ 85712-1083
16694474     +Hsbc/Neimn,   Po Box 15221,    Wilmington, DE 19850-5221
16694475     +Hsbc/Rs,   90 Christiana Rd,    New Castle, DE 19720-3118
16694476     +Hsbc/Sony,    90 Christiana Road,    New Castle, DE 19720-3118
20395049     +Illinois Department of Revenue,    Bankruptcy Section,    P O Box 64338,    Chicago, IL 60664-0338
20384452      Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,
              Chicago, Illinois 60664-0338
16694480     +Rnb-Fields3,   Po Box 9475,    Minneapolis, MN 55440-9475
16694481     +Target N.B.,   Po Box 673,    Minneapolis, MN 55440-0673
16694483    ++VON MAUR INC,    6565 BRADY STREET,    DAVENPORT IA 52806-2054
             (address filed with court: Von Maur,    6565 Brady,    Davenport, IA 52806)
16694485     +Wff,   800 Walnut St,    Des Moines, IA 50309-3504
16694486     +Wffinancial,    3310 N Hayden Rd 1,    Scottsdale, AZ 85251-6647
16694487     +Wfnnb/Express,    4590 E Broad St,    Columbus, OH 43213-1301
16694488     +Wfnnb/Justice,    555 W 112 Ave,    Northglenn, CO 80234-3022
16694489     +Wfnnb/Victorias Secret,    Po Box 182128,    Columbus, OH 43218-2128
17014208      eCAST Settlement Corporation,    POB 29262,    New York, NY 10087-9262
17326125      eCAST Settlement Corporation, assignee,    of Citibank (South Dakota), N.A.,    POB 29262,
              New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16988349      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 22 2014 01:34:27
              American InfoSource LP as agent for WFNNB,    as assignee of,    Victoria's Secret,
              PO Box 248872,    Oklahoma City, OK  73124-8872
16694447     +E-mail/Text: group_legal@creditunion1.org Jan 22 2014 01:31:42       C U One,   P.O. Box 100,
              Rantoul, IL 61866-0100
16790013     +E-mail/Text: group_legal@creditunion1.org Jan 22 2014 01:31:42       CREDIT UNION 1,
              450 E. 22ND STREET, SUITE 250,    LOMBARD, IL 60148-6176
16694458     +E-mail/Text: group_legal@creditunion1.org Jan 22 2014 01:31:42       Credit Un 1,
              200 E Champaign Av,    Rantoul, IL 61866-2940
16694459     +E-mail/Text: group_legal@creditunion1.org Jan 22 2014 01:31:42       Credit Union 1,
              200 E Champaign Ave,    Rantoul, IL 61866-2940
16694460      E-mail/Text: group_legal@creditunion1.org Jan 22 2014 01:31:42       Cu 1,
              200 E. Champaign Avenue,    Rantoul, IL 61866-2930
18326199      E-mail/Text: cio.bncmail@irs.gov Jan 22 2014 01:29:08       Department of the Treasury,
              Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
16694463     +E-mail/PDF: gecsedi@recoverycorp.com Jan 22 2014 01:33:43       Gemb/Bebe,    Po Box 981400,
              El Paso, TX 79998-1400
16694464     +E-mail/PDF: gecsedi@recoverycorp.com Jan 22 2014 01:33:43       Gemb/Homed,    P.O. Box 981400,
              El Paso, TX 79998-1400
16694465     +E-mail/PDF: gecsedi@recoverycorp.com Jan 22 2014 01:32:46       Gemb/Jcp,    Po Box 981402,
              El Paso, TX 79998-1402
16694466     +E-mail/PDF: gecsedi@recoverycorp.com Jan 22 2014 01:32:46       Gemb/L&T,    Po Box 981400,
              El Paso, TX 79998-1400
16694467     +E-mail/PDF: gecsedi@recoverycorp.com Jan 22 2014 01:32:47       Gemb/Oldnavy,    Po Box 981400,
              El Paso, TX 79998-1400
```

```
District/off: 0752-1          User: arodarte              Page 2 of 3                  Date Rcvd: Jan 21, 2014
                              Form ID: pdf006             Total Noticed: 60


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
16694468       +E-mail/PDF: gecsedi@recoverycorp.com Jan 22 2014 01:33:43      Gemb/Oldnavydc,    Po Box 981400,
                 El Paso, TX 79998-1400
16694469       +E-mail/PDF: gecsedi@recoverycorp.com Jan 22 2014 01:33:45      Gemb/Sony Pf,    Po Box 981439,
                 El Paso, TX 79998-1439
16694471       +E-mail/Text: bankruptcy@gsb.com Jan 22 2014 01:30:53      Glenview State Bank,    800 Waukegan Rd,
                 Glenview, IL 60025-4310
19567112        E-mail/Text: cio.bncmail@irs.gov Jan 22 2014 01:29:08      Internal Revenue Service,    PO Box 7346,
                 Phila., PA., 19101-7346
16694477       +E-mail/Text: bnckohlsnotices@becket-lee.com Jan 22 2014 01:28:56       Kohls/Chase,
                 N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
17392969       +E-mail/Text: bankrup@aglresources.com Jan 22 2014 01:28:28      Nicor Gas,    Po Box 549,
                 Aurora IL 60507-0549
16694478       +E-mail/Text: bankrup@aglresources.com Jan 22 2014 01:28:28      Nicor Gas,    1844 Ferry Road,
                 Naperville, IL 60563-9600
16694479       +E-mail/Text: bnc@nordstrom.com Jan 22 2014 01:28:59      Nordstrom Fsb,    Po Box 6555,
                 Englewood, CO 80155-6555
16709832       +E-mail/Text: bnc@nordstrom.com Jan 22 2014 01:28:59      Nordstrom fsb,    P.O. Box 6566,
                 Englewood, CO 80155-6566
19548287        E-mail/Text: bnc-quantum@quantum3group.com Jan 22 2014 01:29:44
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
16694482       +E-mail/Text: mtg.bankruptcy@regions.com Jan 22 2014 01:30:16      Up/Regions,    215 Forrest Street,
                 Hattiesburg, MS 39401-3476
16694490       +E-mail/PDF: gecsedi@recoverycorp.com Jan 22 2014 01:32:47      Zierks/Gemb,    Po Box 981439,
                 El Paso, TX 79998-1439
                                                                                              TOTAL: 24

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Springer Brown Covey Gaertner & Davis LLC
16694450*      +Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
16694455*      +Citi,   Pob 6241,   Sioux Falls, SD 57117-6241
17326126*       eCAST Settlement Corporation, assignee,    of Citibank (South Dakota), N.A.,    POB 29262,
                 New York, NY 10087-9262
17909528      ##+Citibank N.A.,    P O Box 140609,   Irving, TX 75014-0609
16848571      ##+Citibank, NA.,    P O Box 140609,   Irving, TX 75014-0609
16694457      ##+Citimortgage,   Po Box 9438 Dept 0251,   Gaithersburg, MD 20898-9438
                                                                                   TOTALS: 1, * 3, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2014                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2014 at the address(es) listed below:
              Carl F Safanda    on behalf of Trustee Roy  Safanda csafanda@xnet.com
              Carl F. Safanda, Esq   on behalf of Trustee Roy  Safanda rsafanda@xnet.com
              Carolyn A Suzzi    on behalf of Trustee Glenn B Stearns suzzi_c@lisle13.com
              Chad M. Hayward    on behalf of Joint Debtor Marla  Salemi courtnotice@haywardlawoffices.com,
               jo@haywardlawoffices.com;ih@haywardlawoffices.com
              Chad M. Hayward    on behalf of Debtor Leonardo J. Salemi courtnotice@haywardlawoffices.com,
               jo@haywardlawoffices.com;ih@haywardlawoffices.com
              Chad M. Hayward    on behalf of Plaintiff Leonardo J. Salemi courtnotice@haywardlawoffices.com,
               jo@haywardlawoffices.com;ih@haywardlawoffices.com
              Chad M. Hayward    on behalf of Plaintiff Marla  Salemi courtnotice@haywardlawoffices.com,
               jo@haywardlawoffices.com;ih@haywardlawoffices.com
              Glenn B Stearns    on behalf of Trustee Glenn B Stearns mcguckin_m@lisle13.com
```

```
District/off: 0752-1          User: arodarte            Page 3 of 3              Date Rcvd: Jan 21, 2014
                              Form ID: pdf006           Total Noticed: 60
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              Gloria C  Tsotsos    on behalf of Creditor    CITIMORTGAGE, INC. nd-two@il.cslegal.com
              Gloria C  Tsotsos    on behalf of Creditor    CitiMortgage, Inc. successor by merger to ABN AMRO
               Mortgage Group, Inc. nd-two@il.cslegal.com
              Kathryn A Klein    on behalf of Creditor    Chrysler Financial Services Americas, L.L.C. f/k/a
               DaimlerChrysler Financial Services Americas, L.L.C. iln@riezmanberger.com
              Kathryn A Klein    on behalf of Creditor    TD Auto Finance LLC  f/k/a Chrysler Financial Services
               Americas, L.L.C. iln@riezmanberger.com
              Meredith S Fox    on behalf of Trustee Thomas E Springer tspringer@springerbrown.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Rachael A Stokas    on behalf of Creditor    CitiMortgage, Inc. successor by merger to ABN AMRO
               Mortgage Group, Inc. ND-Two@il.cslegal.com
              Roy  Safanda    on behalf of Trustee Roy  Safanda rsafanda@xnet.com,   rsafanda@ecf.epiqsystems.com
              Roy  Safanda    rsafanda@xnet.com,   rsafanda@ecf.epiqsystems.com
              Thomas E Springer    tspringer@springerbrown.com,
               tspringer@ecf.epiqsystems.com;jkrafcisin@springerbrown.com
                                                                                             TOTAL: 18