UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
SALEMI, LEONARDO J. § Case No. 11-02139
SALEMI, MARLA §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on            . The case was pending for     months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____    By:/s/THOMAS E. SPRINGER, TRUSTEE_____
                                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Cbna Po Box 769006 San Antonio, TX 78245 |  |  |  |  |  |
|  | Chrysler 27777 Franklin Rd Southfield, MI 48034-2337 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | Citimortgage Po Box 9438 Dept 0251 Gaithersburg, MD 20898 Citimortgage, Inc. | | | | | |
| 2 | Chrysler Financial Services America | | | | | |
| 7A | Hsbc Bank Nevada, N.A. | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS E. SPRINGER, TRUSTEE | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| SPRINGER BROWN, LLC | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Department Of The Treasury | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 17 | Illinois Department Of Revenue | | | | | |
| 18 | Illinois Department Of Revenue | | | | | |
| 16 | Internal Revenue Service | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amex Po Box 297871 Fort Lauderdale, FL 33329 | | | | | |
| | Amex Po Box 297871 Fort Lauderdale, FL 33329 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amex Po Box 297871 Fort Lauderdale, FL 33329 | | | | | |
| | Amex Po Box 297871 Fort Lauderdale, FL 33329 | | | | | |
| | C U One P.O. Box 100 Rantoul, IL 61866 | | | | | |
| | C U One P.O. Box 100 Rantoul, IL 61866 | | | | | |
| | Chase Na 800 Brooksedge Blv Westerville, OH 43081 | | | | | |
| | Chase P.O. Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chld/Cbsd Po Box 6497 Sioux Falls, SD 57117 | | | | | |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Citi Pob 6241 Sioux Falls, SD 57117 | | | | | |
| | Citi Pob 6241 Sioux Falls, SD 57117 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citi Pob 6241 Sioux Falls, SD 57117 | | | | | |
| | Citi Pob 6241 Sioux Falls, SD 57117 | | | | | |
| | Citibankna Po Box 769006 San Antonio, TX 78245 | | | | | |
| | Credit Un 1 200 E Champaign Av Rantoul, IL 61866 | | | | | |
| | Credit Union 1 200 E Champaign Ave Rantoul, IL 61866 | | | | | |
| | Cu 1 200 E. Champaign Avenue Rantoul, IL 61866-2930 | | | | | |
| | Cu 1 200 E. Champaign Avenue Rantoul, IL 61866-2930 | | | | | |
| | Elgin Fedl Pob 667 Elgin, IL 60121 | | | | | |
| | Expo/Cbsd Po Box 6497 Sioux Falls, SD 57117 | | | | | |
| | Gemb/Bebe Po Box 981400 El Paso, TX 79998 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Gemb/Homed P.O. Box 981400 El Paso, TX 79998 |  |  |  |  |  |
|  | Gemb/Jcp Po Box 981402 El Paso, TX 79998 |  |  |  |  |  |
|  | Gemb/L&T Po Box 981400 El Paso, TX 79998 |  |  |  |  |  |
|  | Gemb/Oldnavy Po Box 981400 El Paso, TX 79998 |  |  |  |  |  |
|  | Gemb/Oldnavydc Po Box 981400 El Paso, TX 79998 |  |  |  |  |  |
|  | Gemb/Sony Pf Po Box 981439 El Paso, TX 79998 |  |  |  |  |  |
|  | Glenview 800 Waukeegan Road Glenview, IL 60025-4371 |  |  |  |  |  |
|  | Glenview State Bank 800 Waukegan Rd Glenview, IL 60025 |  |  |  |  |  |
|  | Greenp Mtg Inc. Columbus, GA 31908 |  |  |  |  |  |
|  | Hsbc/Bsbuy Po Box 15519 Wilmington, DE 19850 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hsbc/Neimn Po Box 15221 Wilmington, DE 19850 | | | | | |
| | Hsbc/Rs 90 Christiana Rd New Castle, DE 19720 | | | | | |
| | Hsbc/Sony 90 Christiana Road New Castle, DE 19720 | | | | | |
| | Kohls/Chase N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | | | | |
| | Nicor Gas 1844 Ferry Road Naperville, IL 60563 | | | | | |
| | Nicor Gas 1844 Ferry Road Naperville, IL 60563 | | | | | |
| | Nordstrom Fsb Po Box 6555 Englewood, CO 80155 | | | | | |
| | Rnb-Fields3 Po Box 9475 Minneapolis, MN 55440 | | | | | |
| | Rnb-Fields3 Po Box 9475 Minneapolis, MN 55440 | | | | | |
| | Target N.B. Po Box 673 Minneapolis, MN 55440 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Up/Regions 215 Forrest Street Hattiesburg, MS 39402 | | | | | |
| | Von Maur 6565 Brady Davenport, IA 52806 | | | | | |
| | Webbank/Dfs 1 Dell Way Round Rock, TX 78682 | | | | | |
| | Wff 800 Walnut St Des Moines, IA 50309 | | | | | |
| | Wffinancial 3310 N Hayden Rd 1 Scottsdale, AZ 85251 | | | | | |
| | Wfnnb/Express 4590 E Broad St Columbus, OH 43213 | | | | | |
| | Wfnnb/Justice 555 W 112 Ave Northglenn, CO 80234 | | | | | |
| | Wfnnb/Victorias Secret Po Box 182128 Columbus, OH 43218 | | | | | |
| | Zierks/Gemb Po Box 981439 El Paso, TX 79998 | | | | | |
| 4 | Citibank N.A. | | | | | |
| 3 | Credit Union 1 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 13 | Nicor Gas | | | | | |
| 15 | Quantum3 Group Llc As Agent For | | | | | |
| 10 | American Express Bank, Fsb | | | | | |
| 8 | American Infosource Lp As Agent For | | | | | |
| 5 | Chase Bank Usa, N.A. | | | | | |
| 6 | Ecast Settlement Corporation | | | | | |
| 11 | Ecast Settlement Corporation, Assig | | | | | |
| 12 | Ecast Settlement Corporation, Assig | | | | | |
| 7B | Hsbc Bank Nevada, N.A. | | | | | |
| 1 | Nordstrom Fsb | | | | | |
| 16A | Department Of The Treasury | | | | | |
| 18A | Illinois Department Of Revenue | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 11-02139 | CAD | Judge: Carol A. Doyle | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | SALEMI, LEONARDO J. | | | Date Filed (f) or Converted (c): | 01/20/11 (f) |
| | SALEMI, MARLA | | | 341(a) Meeting Date: | 03/15/11 |
| For Period Ending: | 05/13/14 | | | Claims Bar Date: | 12/17/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Personal Residence 675 Waterside Drive, South Elgi | 367,000.00 | 0.00 | OA | 0.00 | FA |
| 2. Other Property 9500 N Deer Rd, Des Plaines, IL | 70,000.00 | 11,000.00 | | 11,000.00 | FA |
| 3. Auto 2003 Cadillac Escalade, Milage 90000 | 14,425.00 | 0.00 | OA | 0.00 | FA |
| Auto 2003 Cadillac Escalade, Milage 90000 | | | | | |
| 4. Auto 2008 Jeep Wrangler, Milage 56,000 | 18,350.00 | 0.00 | OA | 0.00 | FA |
| Auto 2008 Jeep Wrangler, Milage 56,000 | | | | | |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $469,775.00 | $11,000.00 | | $11,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/30/13      Current Projected Date of Final Report (TFR): 12/30/13

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-02139 -CAD | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | SALEMI, LEONARDO J. / SALEMI, MARLA | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9577 Checking Account (Non-Interest Earn) |
| Taxpayer ID No: | *******3803 | | |
| For Period Ending: | 05/13/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/20/13 | 2 | Marla A. Salemi | Sale of Real Estate | 1110-000 | 11,000.00 | | 11,000.00 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 10,990.00 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.34 | 10,973.66 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.79 | 10,957.87 |
| * 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-003 | | 16.29 | 10,941.58 |
| 02/21/14 | 001000 | THOMAS E. SPRINGER, TRUSTEE  400 S. County Farm Road  Suite 330  Wheaton, IL 60187 | Chapter 7 Compensation/Expense | 2100-000 | | 1,850.00 | 9,091.58 |
| 02/21/14 | 001001 | Springer Brown, LLC  Wheaton Executive Center  400 South County Farm Road  Suite 330  Wheaton, IL 60187 | Attorney for Trustee Fees (Trustee | 3110-000 | | 2,725.00 | 6,366.58 |
| 02/21/14 | 001002 | Internal Revenue Service  PO Box 7346  Phila., PA., 19101-7346 | Claim 16, Payment 17.30307% | 5800-000 | | 5,448.41 | 918.17 |
| 02/21/14 | 001003 | Illinois Department of Revenue  Bankruptcy Section  P.O. Box 64338  Chicago, Illinois 60664-0338 | Claim 18, Payment 17.30315% | 5800-000 | | 934.46 | -16.29 |
| * 02/21/14 | | Reverses Adjustment OUT on 01/08/14 | BANK SERVICE FEE | 2600-003 | | -16.29 | 0.00 |

Page Subtotals    11,000.00    11,000.00

Ver: 17.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 11-02139 -CAD |
| Case Name: | SALEMI, LEONARDO J. |
| | SALEMI, MARLA |
| Taxpayer ID No: | *******3803 |
| For Period Ending: | 05/13/14 |

| | |
|---|---|
| Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9577  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 11,000.00 | 11,000.00 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 11,000.00 | 11,000.00 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 11,000.00 | 11,000.00 | |
| | | | | | | NET | ACCOUNT |
| | | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | | | Checking Account (Non-Interest Earn - ********9577 | | 11,000.00 | 11,000.00 | 0.00 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| | | | | | 11,000.00 | 11,000.00 | 0.00 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       0.00       0.00

Ver: 17.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*